IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LAMOREAUX, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. 05-1109-CV-W-HFS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

The motion for a modified sentence under 28 U.S.C. § 2255 is DENIED, for reasons stated by the Government in Doc. 5.

Any request for a certificate of appealability will be denied; therefore movant is free to request such a certificate from the Court of Appeals.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

January 11, 2006

Kansas City, Missouri